AO 91 (REV.5/85) Criminal Complaint

AUSA Ryan S. Hedges (312) 353-5340

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

AUG 0 1 2012

**UNDER SEAL**

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES OF AMERICA

v.

JEFFREY A. KAPLAN

**CRIMINAL COMPLAINT**

CASE NUMBER: **1 2 CR 595**

MAGISTRATE JUDGE DENLOW

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief: On or about July 26, 2012, at Hickory Hills, in the Northern District of Illinois, Eastern Division, JEFFREY A. KAPLAN, defendant herein:

> by intimidation, took and attempted to take from the person and presence of a bank employee, money in the care, custody, control, management and possession of TCF Bank, 9357 South Roberts Road, Hickory Hills, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, namely, approximately $2,077 in United States Currency;

in violation of Title 18, United States Code, Section 2113(a). I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
R. BRIAN WENTZ
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

August 1, 2012                          at    Chicago, Illinois
Date                                          City and State

MORTON DENLOW, U.S. Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

UNITED STATES DISTRICT COURT    )
                               )    ss

NORTHERN DISTRICT OF ILLINOIS    )

## AFFIDAVIT

I, R. BRIAN WENTZ, being duly sworn, state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for nine years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2.    This affidavit is submitted in support of a criminal complaint alleging that Jeffrey A. Kaplan has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging the defendant with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.    This affidavit is based on my personal knowledge, and information provided to me by other law enforcement agents, bank employees, and other witnesses and individuals.

4.    On July 26, 2012, at approximately 2:35 p.m., a white male robbed a teller at TCF Bank, 9357 South Roberts Road, Hickory Hills, Illinois, of approximately $2,077 in United States currency. The funds on deposit at the Bank were insured by the Federal

Deposit Insurance Corporation at the time of the robbery.

5.     According to Individual A, Individual A was on the balcony of his apartment located about one block away from the Bank during the afternoon of July 26, 2012. Individual A observed a white male wearing blue shorts and a light-colored t-shirt standing in the street next to a dark colored van with the engine running. According to Individual A, this man was talking through the passenger side window of the van to the driver. According to Individual A, the man put something into the crotch of his clothing. The man then walked away from the van toward the parking lot of Individual A's building and in the direction of the Bank. The driver of the van closed the passenger window, and waited in the van with the engine running.

6.     According to the victim teller, a white male standing approximately 5'8" – 5'11", medium build, in his mid-20s (the "robber"), entered the Bank and wandered around the lobby area looking at the gift card rack. According to the victim teller, the robber was wearing a gray baseball cap, plain gray long-sleeve hoodie, black t-shirt, and baggy jeans. After the victim teller asked to help the next customer, the robber approached her counter, held up a piece of paper and said "can you just do this for me, all of it." The robber then passed a note to the victim teller that stated: "Be quiet, don't be stupid, don't turn around, just put all the money in the bag and I won't shoot you, no dye packs I will check." Investigating agents recovered the demand note.

7.     According to the victim teller, the robber then pulled a black plastic bag from

2

his pockets and handed it to the victim teller without saying anything. The teller victim took the black bag and opened her money drawer. The victim teller looked at the robber and he said "all of it." The victim teller removed all of the money from her drawer, which included a dye pack, and placed it in the black bag. The victim teller handed the black bag to the robber, who grabbed it and exited the Bank.

8. According to Individual A, the white male he had previously observed returned to the street outside Individual A's apartment within about five minutes. The man returned from the direction of the Bank and was moving quickly. The man yelled something like "Screw this!" and threw something to the ground. The man then got into the passenger side of the van, which drove away. Individual A observed smoke coming from the area where the man had yelled. A few minutes later, Individual A walked to the area where he saw the smoke and found a black plastic bag filled with U.S. currency stained with red dye.[1]

9. I have reviewed video footage and still frames of the robbery recorded by the Bank's video surveillance system. The footage includes time stamps. The robber is clearly depicted in the footage. At approximately 2:28 p.m., an outside surveillance camera captured the robber walking from the direction of Individual A's apartment building toward the Bank. At approximately 2:34 p.m., an interior camera positioned above and behind the victim teller

---

[1] Individual A later called Hickory Hills police, who recovered the dye-stained currency. Individual A said that he spent $20 of the dye-stained currency at a self-service register at a nearby grocery store before he called the police. I interviewed the grocery store manager, who recovered a dye-stained $20 bill from one of the self-service registers and provided it to me. According to Hickory Hills police, who counted the recovered currency, there was $2,077 of dye-stained currency recovered in the black bag near Individual A's building.

3

recorded the robber looking at the gift card rack in the bank's lobby. The robber is a white male, medium build, who appears to be in his mid to late 20s, wearing light-colored shorts, dark basketball shoes, a blue or green short-sleeve t-shirt, and a grayish baseball cap. The robber appears to have a tattoo on each of his inner arms, below the biceps near the elbow. At approximately 2:34:46 p.m. the robber stepped up to the counter in front of the victim teller. At approximately 2:34:51 p.m., the robber handed the demand note to the victim teller. At approximately 2:35:02 p.m., the robber handed a black bag to the victim teller. At approximately 2:35:12 p.m., the victim teller handed the black bag back to the robber. At approximately 2:35:15 p.m., a camera in the entryway of the bank recorded the robber walking out of the bank with the black bag in his hand. I reviewed the Bank's surveillance footage recorded from approximately 1:00 p.m. to approximately 2:36 p.m. and did not see anybody standing in the bank lobby or at the bank counter wearing a gray long-sleeve hoodie and baggy jeans.

10.  I showed Individual A an image of the robber from the Bank's surveillance footage. Individual A stated that the robber in the image was the same man that Individual A saw outside his apartment who got into the van after throwing the black bag filled with dye-stained money.

11.  Later on July 26, 2012, details of the robbery, including images of the robber from the Bank's surveillance footage, were posted on www.bandittrackerchicago.com, which is a website used to generate leads for unsolved bank robberies by providing information

4

about the robberies and robbers to the media and general public. Details of the robbery, including the surveillance images of the robber, were also featured on local television news broadcasts.

12.     Between July 26, 2012, and July 29, 2012, the FBI received telephone calls from approximately fourteen separate callers about the subject bank robbery. Twelve callers identified defendant Kaplan as the robber in the Bank's surveillance footage. Six of the callers identified themselves as relatives or close associates of defendant, including a former employer. Two of the callers advised that defendant Kaplan contacted each of them by telephone and admitted that he robbed the subject TCF Bank branch in Hickory Hills on July 26, 2012.[2]

13.     I obtained records and photographs pertaining to defendant Jeffrey A. Kaplan from the Illinois Secretary of State and Chicago Police Department. According to those records, defendant is a 30-year-old white male, standing approximately 5'10" and weighing 188 pounds. A police booking photograph of defendant from an arrest on July 13, 2010, shows a tattoo on defendant's lower right arm that says "Jeff J.R." I have compared these photographs of the defendant to the Bank's surveillance footage of the robbery and the photographs match the images of the robber in the surveillance footage.

---

[2] Of the two callers to whom defendant Kaplan admitted robbing the Bank, one has three arrests and a retail theft conviction from 1986; the other has three arrests and no convictions.

14.     According to one of defendant Kaplan's relatives, defendant has tattoos on the inner part of both arms; one is the name of an individual, and the other is the name of a different individual.

15.     On July 26, 2012, Hickory Hills police officers responded to the robbery and interviewed together, at the same time, the victim teller, another bank employee, and a bank customer who witnessed the robbery. The witnesses, including the victim teller, described the robber as wearing a gray long-sleeve t-shirt or hoodie. These police interviews were conducted before the witnesses had viewed any surveillance footage images of the robber. On July 27, 2012, an FBI agent showed the victim teller a photo array of photographs of six individuals. The victim teller looked at all the photos and picked out defendant Jeffrey A. Kaplan as the man who robbed her at the Bank on July 26, 2012. Later on July 27, 2012, after the victim teller had identified the defendant in the photo array, an FBI agent showed the victim teller several still frames from the Bank's surveillance footage of the robbery. The victim teller confirmed that the still frames depicted the robber and the robbery, but the victim teller stated that she remembered the robber wearing different clothing during the robbery.[3]

---

[3] Law enforcement agents searched a trash dumpster located in a parking lot between Individual A's apartment building and the Bank, and recovered a gray long-sleeve t-shirt and a pair of black basketball shoes with tread that appeared similar to one footwear impression recovered from the Bank. Agents also recovered a backpack containing school textbooks. None of these items were stained with red dye. Agents showed the victim teller the gray long-sleeve t-shirt recovered from the dumpster. The victim teller stated that she thought the shirt looked similar to what the robber wore during the robbery, but she was not sure that the recovered shirt was the one the robber wore.

16.     Based on the foregoing, I respectfully submit there is probable cause to believe that on July 26, 2012, defendant Jeffrey A. Kaplan, by intimidation, took and attempted to take from the person and presence of a bank employee, money in the care, custody, control, management and possession of TCF Bank, 9357 South Roberts Road, Hickory Hills, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, namely, approximately $2,077 in United States Currency, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____

R. BRIAN WENTZ
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on August 1, 2012.

_____

MORTON DENLOW
United States Magistrate Judge

7